## Frances Koterba, Appellee, v. Zion Benevolent Society, Appellant.

### Gen. No. 43,036.

opinion filed October 23, 1944; rehearing denied November 6, 1944; released for publication November 6, 1944. Fithian, Spengler & Finnegan, for appellant; Benj. J. Schultz, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.